IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS T. ALFORD,

    Plaintiff,     No. CIV S-09-2525 GEB GGH P

  vs.

WARDEN DICKINSON, et al.,   ORDER

    Defendants.
_____/

    On September 29, 2009, this court ordered defendants to show cause, in writing, within twenty days, why Rule 11 sanctions should not be imposed upon them for frivolously removing this action to federal court. Defendants timely responded. The court is persuaded by defendants' response and the declaration of their counsel that sanctions should not be imposed.

    Accordingly, IT IS HEREBY ORDERED that the order to show cause issued September 29, 2009 (Docket No. 10) is DISCHARGED.

DATED: December 17, 2009            /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE